

Karen E. Keller
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702 - Direct
kkeller@shawkeller.com

July 14, 2017

**BY CM/ECF**
The Honorable Gregory M. Sleet
U.S.D.C. for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Teva Pharmaceuticals. USA, Inc. et al. v. Sandoz Inc.*,
              C.A. No. 17-597-GMS

Dear Judge Sleet:

    We represent Plaintiffs Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Teva Neuroscience, Inc., (collectively, "Teva") in the above-referenced action. We write on behalf of Teva and Defendant Sandoz Inc. ("Sandoz") regarding the Joint Status Report for this action.

    On July 6, 2017, the Court set the Rule 16 scheduling conference for the related Copaxone® cases, including but not limited to *Teva Pharmaceuticals USA, Inc., et al. v. Dr. Reddy's Laboratories, Ltd., et al.*, C.A. 16-1267[1], on July 20, 2017, at 9:30 a.m.

    On July 10, 2017, the parties jointly called Your Honor's chambers and requested that the Rule 16 scheduling conference for the above-referenced action be formally combined with the upcoming scheduling conference in the related Copaxone® cases. Your Honor did so by Oral Order the same day. Accordingly, the Rule 16 scheduling conference in the 17-597 action is now set for July 20, at 9:30 a.m.

    Given that: (i) the parties in this action are parties in C.A. No. 16-1267; (ii) the claims in this action overlap with those in C.A. No. 16-1267; (iii) the issues raised in this action overlap with those in the C.A. No. 16-1267; (iv) the parties in this action have been proceeding according to the parties' proposed schedule[2] as set forth in the C.A. No. 16-1267 Joint Status

---

[1] *Teva Pharm. USA, Inc., et al. v. Doctor Reddy's Labs., Ltd., et al.*, C.A. No. 16-1267-GMS; *Teva Pharm. USA, Inc., et al. v. Mylan Pharm. Inc., et al.*, C.A. No. 17-249-GMS; *Teva Pharm. USA, Inc., et al. v. Synthon Pharm. Inc., et al.*, C.A. No. 17-390-GMS; *Momenta Pharm., Inc. v. Teva Pharm. USA, Inc., et al.*, C.A. No. 17-109-GMS; and *Amneal Pharm. LLC, et al. v. Teva Pharm. USA, Inc., et al.*, C.A. No. 17-074-GMS.

[2] The parties' proposed schedules in the C.A. No. 16-1267 Joint Status Report were identical except for (1) Deadline to File Motions for Summary Judgment; (2) Pre-Trial Conference Date; and (3) Trial Date.

SHAW KELLER LLP
The Honorable Gregory M. Sleet
Page 2

Report, dated June 5, 2017 (D.I. 82); and (v) the Rule 16 scheduling conference for this action and the related cases will be held on July 20, the parties respectfully request that the C.A. No. 16-1267 Joint Status Report govern this action as well.

      For the Court's reference, a copy of the C.A. No. 16-1267 Joint Status Report is attached as Exhibit A to this letter.  The parties are available at the Court's convenience to respond to any questions.

                Respectfully submitted,

                */s/ Karen E. Keller*

                Karen E. Keller (No. 4489)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by e-mail)